IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>$302,172.49 IN UNITED STATES CURRENCY, SEIZED FROM U.S. BANK ACCOUNT NUMBER X1491, IN THE NAME OF THE ASTI CORPORATION D/B/A J'S PAWN,<br><br>            Defendant. | Case No. 22-00135-CV-W-SRB |

## WARRANT OF ARREST *IN REM*

TO:    The United States Postal Inspection Service

WHEREAS, on March 1, 2022, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Western District of Missouri against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it, who may be a marshal or any other United States officer or employee, someone under

contract with the United States, or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable (see Rule G(3)(c)(ii) for exceptions for serving as soon as practicable) by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly, after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri, have caused the foregoing Warrant of Arrest *in Rem* to be issued, pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States, and have hereunto affixed the seal of said Court at Kansas City, Missouri, this 2nd day of March 2022.

Clerk of the Court
United States District Court

By: _____
Deputy Clerk

**RETURN OF SERVICE**

I hereby certify that I executed this warrant in accordance with the instructions listed above on this ___2nd___ day of ___March___, 2022.

_____
U.S. Postal Inspection Service